UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OCHEKUWU CORDULE,

Petitioner,

v.

DEPARTMENT OF COMMUNITY SUPERVISION and ALABAMA BURUEA OF PARDONS AND PAROLES,

Respondents.

No. 2:26-cv-3296 CSK (HC)

ORDER

Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus, a motion to proceed in forma pauperis, a motion for appointment of counsel, a motion for temporary restraining order, a motion for expedited settlement conference, a motion for power of attorney and a motion to seal. (ECF Nos. 1-7.)

Petitioner is out of custody and lists his address as in Madison, Alabama. Petitioner also appears to challenge conditions of parole or probation related to a conviction from an Alabama state court.[1] Madison, Alabama is in an area embraced by the United States District Court for the Northern District of Alabama.

Because petitioner was not convicted in this district, and is not presently confined here,

[1] Petitioner does not identify the county of conviction.

this court does not have jurisdiction to entertain the application. See 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of Alabama. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: September 18, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Oche3296.108/2